UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIOORIGYN, LLC, and JOANNA ELLINGTON CLIFTON<br><br>Plaintiffs,<br><br>v.<br><br>FAIRHAVEN HEALTH, LLC,<br><br>Defendant. | Case No. 2:20-cv-00285-RAJ<br>**ORDER GRANTING MOTION TO SEAL** |

This matter is before the Court on Plaintiffs' motion to seal. Dkt. # 2. The motion is unopposed. For the following reasons, the Court **GRANTS** the motion.

"There is a strong presumption of public access to the court's files." Western District of Washington Local Civil Rule ("LCR") 5(g). "Only in rare circumstances should a party file a motion, opposition, or reply under seal." LCR 5(g)(5). Normally the moving party must include "a specific statement of the applicable legal standard and the reasons for keeping a document under seal, with evidentiary support from declarations where necessary." LCR 5(g)(3)(B).

Under LCR 5(g), whichever party designates a document confidential must provide a "specific statement of the applicable legal standard and the reasons for keeping a document under seal, including an explanation of: (i) the legitimate private or

ORDER - 1

public interest that warrant the relief sought; (ii) the injury that will result if the relief sought is not granted; and (iii) why a less restrictive alternative to the relief sought is not sufficient." LCR 5(g).

Here, the Court finds that Plaintiffs have demonstrated compelling reasons to file the identified document under seal. *Kamakana v. Cty. of Honolulu*, 447 F.3d 1172, 1178-81 (9th Cir. 2006). The Court has reviewed the document and finds that it contains sensitive proprietary and confidential business information. *See Moussouris v. Microsoft Corp.*, No. 15-cv-1483 JLR, 2018 WL 2124162, at *2 (W.D. Wash. Apr. 24, 2018). The Court agrees that the Plaintiffs' interest in protecting its confidential business information outweighs the right of public access. *Douglas v. Xerox Bus. Servs. LLC*, No. C12-1798-JCC, 2014 WL 12641056, at *1 (W.D. Wash. Apr. 11, 2014). Accordingly, Plaintiffs' motion to seal is **GRANTED**. Dkt. # 2.

DATED this the 30th day of March, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge